IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COWAYNE LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:18-CV-673-WKW |
| | ) [WO] |
| AMANDA HUGHES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 30, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 5.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 5) is ADOPTED and that this case is DISMISSED without prejudice based on Plaintiff's failure to comply with the orders of this court.

Final judgment will be entered separately.

DONE this 24th day of September, 2018.

                                                     /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE